**Electronically Filed
Supreme Court
30052
27-JAN-2012
02:14 PM**

NO. 30052

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

HAWAII STATE TEACHERS ASSOCIATION and UNITED PUBLIC WORKERS,
AFSCME, Local 646, AFL-CIO,
Plaintiffs-Appellants/Appellees/Cross-Appellants,

vs.

NEIL ABERCROMBIE, Governor, State of Hawaiʻi; BARBARA A. KRIEG,
Interim Director, Department of Human Resources Development,
State of Hawaiʻi; and KALBERT K. YOUNG, Director, Department of
Budget and Finance, State of Hawaiʻi; Doe Defendants 1-10,
Defendants-Appellees/Appellants/Cross-Appellees.

_____

APPEAL FROM THE FIRST CIRCUIT COURT
(CIV. NO. 09-1-1372)

ORDER OF CORRECTION TO THE MAJORITY OPINION
(By: Nakayama, Acting C.J., and Duffy, J.,
Circuit Judge Ahn in place of Moon, C.J., recused and retired,
and Circuit Judge Lee in place of Recktenwald, J., recused)

The majority opinion of the court filed on January 17,
2012, is amended as follows:

1.   **Page 4, line 3:**

Replace the word "is" with "was" so that, as
corrected, the line reads: Hanneman, 106 Hawaiʻi 359, 105 P.3d
236 (2005), was inapposite;

2. **Page 7, line 4 from the bottom:**

Replace the word "is" with "was" and delete the quotation marks before and after the word "inapposite" so that, as corrected, the line reads:  <u>Hanneman</u>, 106 Hawai'i 359, 105 P.3d 236 (2005) was inapposite;

3. **Page 11, line 9 from the bottom:**

Insert the word "to" after the word "failing" so that, as corrected, the line reads:  court erred by failing to allow the HLRB to decide the issues

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:   Honolulu, Hawai'i, January 27, 2012.

/s/ Paula A. Nakayama

/s/ James E. Duffy, Jr.

/s/ Karen S. S. Ahn

/s/ Randal K. O. Lee



2